1  DOUGLAS N. MASTERS (*pro hac vice*)
   dmasters@loeb.com
2  LOEB & LOEB LLP
   321 N. Clark St., Suite 2300
3  Chicago, IL  60654
   Telephone:  312.464.3100
4  Facsimile:  312.464.3111

5  KYLE R. PETERSEN (SBN 307483)
   kpetersen@loeb.com
6  LOEB & LOEB LLP
   10100 Santa Monica Blvd., Suite 2200
7  Los Angeles, CA  90067
   Telephone:  310.282.2000
8  Facsimile:  310.282.2200

9  Attorneys for Plaintiff
   WM. WRIGLEY JR. COMPANY
10

11              UNITED STATES DISTRICT COURT

12              CENTRAL DISTRICT OF CALIFORNIA

13

| | |
|---|---|
| 14  WM. WRIGLEY JR. COMPANY, a Delaware corporation, | Case No.: 5:21-cv-00777 JWH (SHKx) |
| 15  Plaintiff, | Assigned to Hon. John W. Holcomb |
| 16 | |
| v. | **[DISCOVERY MATTER; UNOPPOSED]** |
| 17 | |
| 18  ROBERTO CONDE d/b/a 2020EDIBLEZ, an individual; JOEL LEDESMA d/b/a INLAND EMPIRE | **NOTICE OF PLAINTIFF'S FIRST *EX PARTE* APPLICATION FOR EXPEDITED DISCOVERY** |
| 19  420 SUPPLY, an individual; JESSICA MOHR, an individual; STEVEN | |
| 20  MATTA d/b/a OC 420 COLLECTION, an individual; DOE 1 d/b/a GASBUDS; | Date: [TBD] Time: [TBD] Place: [TBD] |
| 21  DOE 2 d/b/a CANNABIS 420 SUPPLY; and DOES 3 through 10, | |
| 22  Defendants. | Complaint Filed:  May 3, 2021 |
| 23 | |

24
25
26
27
28

**Loeb & Loeb**
A Limited Liability Partnership
Including Professional
Corporations

20772453.5
208719-10057

NOTICE OF PLAINTIFF'S EX PARTE
APPLICATION FOR EXPEDITED DISCOVERY

1   **TO THE COURT AND TO ALL PARTIES AND THEIR COUNSEL OF**

2   **RECORD:**

3       **PLEASE TAKE NOTICE** that pursuant to Federal Rules of Civil Procedure

4   7 and 26, and Local Rule 7-19, Plaintiff Wm. Wrigley Jr. Company ("Wrigley")

5   hereby submits this *ex parte* application (the "Application") for an Order permitting

6   Wrigley to take discovery prior to the Rule 26(f) conference (a) from non-parties

7   GoDaddy.com, LLC and Launchpad.com Inc. (together, the "Domain Name

8   Registrars"), including any services used to anonymously register websites with the

9   Domain Name Registrars, for information that may be used to identify the unknown

10  Doe defendants owning and/or operating the websites located at

11  https://gasbuds.com/ (identified in the Complaint as "DOE 1 d/b/a GasBuds"),

12  https://cannabis420supply.com/ (identified in the Complaint as "DOE 2 d/b/a

13  Cannabis 420 Supply"), and https://2020ediblez.com/ (identified in the Complaint as

14  "DOE 3") (collectively, DOE 1 d/b/a GasBuds, DOE 2 d/b/a Cannabis 420 Supply,

15  and DOE 3 are referred to herein as the "Unidentified Defendants"); (b) if the

16  information provided by the Domain Name Registrars is insufficient to identify the

17  Unidentified Defendants by name with an address at which to serve process,

18  permitting Wrigley to take discovery from any e-mail service providers

19  administering e-mail accounts affiliated with the Unidentified Defendants for

20  information sufficient to identify the individuals who registered for each of the

21  identified e-mail addresses; (c) if the information produced by the Domain Name

22  Registrars and e-mail service providers is insufficient to identify the Unidentified

23  Defendants but includes Internet Protocol ("IP") addresses for the Unidentified

24  Defendants, permitting Wrigley to take discovery from the Internet Service

25  Providers ("ISPs") who administer those IP addresses, for information sufficient to

26  identify the person billed for the internet usage associated with said IP addresses;

27  and (d) pursuant to 47 U.S.C. § 551(c)(2)(B) directing the ISPs for said IP addresses

28

**Loeb & Loeb**
A Limited Liability Partnership
Including Professional
Corporations

20772453.5
208719-10057

2

NOTICE OF PLAINTIFF'S EX PARTE
APPLICATION FOR EXPEDITED DISCOVERY

1  to produce documents and information sufficient to identify the subscribers of the

2  identified IP addresses.

3       **PLEASE TAKE FURTHER NOTICE** that Wrigley has been unable to

4  identify the Unidentified Defendants despite making diligent efforts to do so, as

5  described in further detail in the accompanying Memorandum of Points and

6  Authorities, the Declaration of Kyle R. Petersen, and the Declaration of Robert

7  Mann filed concurrently herewith.  Additionally, because Wrigley has been unable

8  to identify the Unidentified Defendants due to efforts taken by them to shroud their

9  individual identities, and because any efforts to contact the Unidentified Defendants

10 through their respective websites would be prejudicial to Wrigley as it would give

11 the Unidentified Defendants the opportunity to destroy or secret away evidence

12 pertinent to this matter and to evade service of process once identified, Wrigley has

13 not contacted the Unidentified Defendants to advise them of this Application.  *See*

14 Declaration of Kyle R. Petersen, ¶¶ 9-11; Declaration of Robert Mann, ¶¶ 15-16.

15 Accordingly, Wrigley has not been able to advise the Unidentified Defendants or

16 their counsel, if any, of this Application, and those defendants will not have an

17 opportunity to oppose this Application.  Since the interest of justice requires that

18 Wrigley's ex parte application be heard without notice to the Unidentified

19 Defendants, Wrigley respectfully requests that the Court waive the notice

20 requirement of L.R. 7-19.1 pursuant to L.R. 7-19.2.

21      On or about June 21, 2021, Wrigley's counsel made telephone calls to the

22 attorneys for the defendants that have appeared in this action for purposes of

23 discussing this matter, though those calls went unanswered.  The parties who have

24 appeared in this action include: (1) Joel Ledesma d/b/a Inland Empire 420 Supply,

25 represented by Fred J. Knez of Knez Law Group, LLP, located at 6780 Indiana

26 Ave., Suite 150, Riverside, California 92506, with the telephone number (951) 742-

27 7681 and email address fredknez@knezlaw.com; and (2) Steven Matta d/b/a OC

28 420 Collection, represented by Jonathan Landis of ADLI Law Group, P.C., located

1  at 12400 Wilshire Blvd., Suite 1460, Los Angeles, California 90025, with the

2  telephone number (213) 623-6546 and email address jonathan.landis@adlilaw.com.

3  On June 22, 2021, at approximately 10:15 a.m., Wrigley's counsel gave notice of

4  the substance and proposed filing date of this Application pursuant to Local Rule 7-

5  19.1 via email to Mr. Landis and Mr. Knez.  As of the time of this writing, Mr.

6  Landis has informed Wrigley's counsel that Steven Matta d/b/a OC 420 Collection

7  does not intend to oppose this Application; Wrigley's counsel has not received a

8  response from Mr. Knez and therefore does not know whether Joel Ledesma d/b/a

9  Inland Empire 420 Supply intends to oppose this Application.  *See* Declaration of

10  Kyle R. Petersen, ¶¶ 12-16, Exs. A-C.

11      This *ex parte* application is based upon this Notice, the Memorandum of

12  Points and Authorities, the Declaration of Kyle R. Petersen, and the Declaration of

13  Robert Mann filed concurrently herewith, all pleadings and records on file in this

14  action, and any additional evidence or argument as may be presented at hearing or

15  otherwise.  A Proposed Order is lodged concurrently.

16

17  Dated:  June 23, 2021                    LOEB & LOEB LLP

18

19                                          By: */s/ Kyle R. Petersen*
                                               Douglas N. Masters
20                                             Kyle R. Petersen
                                               Attorneys for Plaintiff
21                                             Wm. Wrigley Jr. Company

22

23

24

25

26

27

28

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

20772453.5
208719-10057

4

NOTICE OF PLAINTIFF'S EX PARTE
APPLICATION FOR EXPEDITED DISCOVERY