# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# CIVIL MINUTES—
# GENERAL

| | | | |
|---|---|---|---|
| Case No. | 5:21-cv-00777-JWH (SHKx) | Date | July 5, 2022 |
| Title | Wm. Wrigley Jr. Company v. Roberto Conde, et al. | | |

Present: The Honorable **JOHN W. HOLCOMB, UNITED STATES DISTRICT JUDGE**

| Irene Vazquez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:** **ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT [ECF No. 66] AND MOTION TO AMEND SCHEDULING ORDER [ECF NO. 67] (IN CHAMBERS)**

Before the Court are two motions of Plaintiff Wm. Wrigley Jr. Company: (1) a motion for leave to file an amended complaint;[1] and (2) a motion to amend the scheduling order.[2] The Court finds these matters appropriate for resolution without a hearing. *See* Fed. R. Civ. P. 78; L.R. 7-15.

Under this Court's Local Rules, no later than 21 days before the hearing on a motion, "[e]ach opposing party *shall* . . . serve upon all other parties and file with the Clerk either (a) . . . a brief but complete memorandum which shall contain a statement of all the reasons in opposition thereto and the points and authorities upon which the opposing party will rely, or (b) a written statement that that party will not oppose the motion." L.R. 7-9 (emphasis added). The Court "may decline

---

[1] Pl.'s Notice of Mot. and Mot. for Leave to File an Am. Compl. (the "Motion for Leave") [ECF No. 66].

[2] Pl.'s Notice of Mot. and Mot. to Am. Scheduling Order (the "Scheduling Motion") [ECF No. 67].

to consider any memorandum . . . not filed within the deadline set by order or local rule." L.R. 7-12. The failure to file a timely opposition "may be deemed consent to the granting . . . of the motion." *Id.*

The hearing on the Motion for Leave and the Scheduling Motion was set for May 6, 2022.[3] Accordingly, any opposition to those motions was due no later than April 15, 2022. No opposition has been filed in response to either motion, so the Court deems Defendants to have consented to the relief that Wrigley seeks in both motions.

Therefore, for the forgoing reasons, the Court hereby **ORDERS** as follows:

1. The Motion for Leave and the Scheduling Motion are **GRANTED**.

2. Wrigley is **DIRECTED** to file its amended complaint no later than July 15, 2022. Wrigley is also **DIRECTED** to file contemporaneously therewith a Notice of Revisions to Complaint that provides the Court with a redline version that shows the amendments.

3. Defendants who have appeared in this case (and have not already been dismissed) are **DIRECTED** to file their respective responses to Wrigley's amended pleading no later than August 5, 2022.

4. The Court's previous Scheduling Order[4] is **AMENDED** to reflect the following changes:

   a. Deadline to serve newly identified Defendants: September 2, 2022;

   b. Deadline for initial designation of expert witnesses: February 3, 2023;

   c. Deadline for designation of rebuttal expert witnesses: March 10, 2023;

---

[3] *See* Response by the Ct. to Notice to Filer of Deficiencies in Electronically Filed Documents [ECF No. 69] (continuing the hearing from April 29 to May 6).

[4] *See* Civil Trial Scheduling Order [ECF No. 43].

    d. All discovery cut-off (including hearing of dispositive motions): April 14, 2023;

    e. Last day to conduct settlement conference:  May 5, 2023;

    f. Dispositive motion hearing cut-off:  June 9, 2023;

    g. Deadline for hearing on motions *in limine*:  July 21, 2023;

    h. Final pretrial conference:  July 28, 2023; and

    i. Jury trial:  August 14, 2023, at 9:00 a.m.

    j. Trial estimate:  5 days.

**IT IS SO ORDERED.**