# EXHIBIT A

Int. Cl.: 30

Prior U.S. Cl.: 46

**United States Patent and Trademark Office**

Reg. No. 1,221,105
Registered Dec. 21, 1982

## TRADEMARK
### Principal Register

## SKITTLES

Mars, Incorporated (Delaware corporation)
1651 Old Meadow Rd.
McLean, Va. 22102

For: CANDY, in CLASS 30 (U.S. Cl. 46).
First use Mar. 10, 1971; in commerce Mar. 10, 1971.

Ser. No. 305,850, filed Apr. 14, 1981.

RICHARD A. STRASER, Examining Attorney

Int. Cl.: 30

Prior U.S. Cl.: 46

**United States Patent and Trademark Office**

Reg. No. 2,535,714

Registered Feb. 5, 2002

## TRADEMARK
### PRINCIPAL REGISTER



MARS, INCORPORATED (DELAWARE COR-
  PORATION)
6885 ELM STREET
MCLEAN, VA 221013883

FOR: CONFECTIONERY, NAMELY, CANDY, IN
CLASS 30 (U.S. CL. 46).

FIRST USE 7-0-1982; IN COMMERCE 7-0-1982.

OWNER OF U.S. REG. NO. 1,687,121.

THE DRAWING IS NOT LINED FOR COLOR.
THE STIPPLING IS FOR SHADING PURPOSES
ONLY AND DOES NOT INDICATE COLOR.

SER. NO. 76-010,416, FILED 3-27-2000.

BARBARA A. LOUGHRAN, EXAMINING ATTOR-
NEY

# United States of America

## United States Patent and Trademark Office



Reg. No. 4,377,303

Registered July 30, 2013

Int. Cl.: 30

TRADEMARK

PRINCIPAL REGISTER

WM. WRIGLEY JR. COMPANY (DELAWARE CORPORATION)
1132 WEST BLACKHAWK STREET
CHICAGO, IL 60642

FOR: CANDY, IN CLASS 30 (U.S. CL. 46).

FIRST USE 12-0-2012; IN COMMERCE 12-0-2012.

THE MARK CONSISTS OF THE WORD "SKITTLES" IN WHITE LETTERS OUTLINED IN RED, AN "S" LENTIL - SHAPED PIECE OVER THE LETTER "I" IN THE WORD "SKITTLES" AND AN UPSIDE RAINBOW IN RED, ORANGE, YELLOW, GREEN, BLUE AND PURPLE BEHIND THE WORD "SKITTLES", WITH "S" LENTIL - SHAPED PIECES OVER THE RAINBOW IN RED, ORANGE, YELLOW, PURPLE AND GREEN.

THE COLOR(S) WHITE, RED, ORANGE, YELLOW, GREEN, BLUE AND PURPLE IS/ARE CLAIMED AS A FEATURE OF THE MARK.

SN 85-547,164, FILED 2-20-2012.

MARK RADEMACHER, EXAMINING ATTORNEY



Acting Director of the United States Patent and Trademark Office

## REQUIREMENTS TO MAINTAIN YOUR FEDERAL
### TRADEMARK REGISTRATION

### WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.

**Requirements in the First Ten Years\***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

### The United States Patent and Trademark Office (USPTO) will NOT send you any future notice or reminder of these filing requirements.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the USPTO. The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:** Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at http://www.uspto.gov.

# United States of America

## United States Patent and Trademark Office



**Reg. No. 4,983,664**

**Registered June 21, 2016**

**Int. Cl.: 30**

**TRADEMARK**

**PRINCIPAL REGISTER**

WM. WRIGLEY JR. COMPANY (DELAWARE CORPORATION)
1132 WEST BLACKHAWK STREET
CHICAGO, IL 60642

FOR: CANDY, IN CLASS 30 (U.S. CL. 46)

FIRST USE 11-30-2013; IN COMMERCE 11-30-2013

OWNER OF U.S. REG. NOS. 4,377,303 AND 4,393,854

THE COLOR(S) RED, YELLOW, ORANGE, BLUE, PURPLE, AND GREEN IS/ARE CLAIMED AS A FEATURE OF THE MARK.

THE MARK CONSISTS OF AN UPSIDE DOWN RAINBOW IN RED, ORANGE, YELLOW, GREEN, BLUE AND PURPLE.

SN 86-148,847, FILED 12-19-2013.

KAREN BRACEY, EXAMINING ATTORNEY



Director of the United States
Patent and Trademark Office

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL
TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE
DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years***
**What and When to File:**

> *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the
> 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is
> accepted, the registration will continue in force for the remainder of the ten-year period, calculated
> from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a
> federal court.

> *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an
> Application for Renewal between the 9th and 10th years after the registration date.*
> *See* 15 U.S.C. §1059

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between
> every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above
with the payment of an additional fee.

***ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with
an extension of protection to the United States under the Madrid Protocol must timely file the Declarations
of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office
(USPTO). The time periods for filing are based on the U.S. registration date (not the international registration
date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to
those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k. However, owners of international
registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the
underlying international registration at the International Bureau of the World Intellectual Property Organization,
under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated
from the date of the international registration. *See* 15 U.S.C. §1141j. For more information and renewal
forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:** Fees and requirements for maintaining registrations are subject to change. Please check the
USPTO website for further information. With the exception of renewal applications for registered
extensions of protection, you can file the registration maintenance documents referenced above online
at http://www.uspto.gov.

**NOTE:** A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark
owners/holders who authorize e-mail communication and maintain a current e-mail address with the
USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark
Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms
available at http://www.uspto.gov.

Int. Cl.: 30

Prior U.S. Cl.: 46

## United States Patent Office

Reg. No. 1,000,007
Registered Dec. 17, 1974

## TRADEMARK
### Principal Register

## STARBURST

Mars, Incorporated (Delaware corporation)
100 W. 10th St.
Wilmington, Del.

For: FRUIT CANDY, in CLASS 46 (INT. CL. 30).
First use Mar. 21, 1966; in commerce Mar. 21, 1966.

Ser. No. 449,666, filed Feb. 23, 1973.

Int. Cl.: 30

Prior U.S. Cl.: 46

# United States Patent Office

Reg. No. 1,000,007
Registered Dec. 17, 1974

## TRADEMARK
### Principal Register

## STARBURST

Mars, Incorporated (Delaware corporation)
100 W. 10th St.
Wilmington, Del.

For: FRUIT CANDY, in CLASS 46 (INT. CL. 30).
First use Mar. 21, 1966; in commerce Mar. 21, 1966.

Ser. No. 449,666, filed Feb. 23, 1973.

Int. Cl.: 30

Prior U.S. Cl.: 46

**United States Patent and Trademark Office**

10 Year Renewal

Reg. No. 1,000,007

Registered Dec. 17, 1974

Renewal Term Begins Dec. 17, 1994

## TRADEMARK
## PRINCIPAL REGISTER

### STARBURST

MARS, INCORPORATED (DELAWARE
 CORPORATION)
100 W. 10TH ST.
WILMINGTON, DE

FOR: FRUIT CANDY, IN CLASS 46
(INT. CL. 30).
 FIRST USE 3–21–1966; IN COMMERCE
3–21–1966.

 SER. NO. 72–449,666, FILED 2–23–1973.

*In testimony whereof I have hereunto set my hand
and caused the seal of The Patent and Trademark
Office to be affixed on Feb. 21, 1995.*

COMMISSIONER OF PATENTS AND TRADEMARKS

Int. Cl.: 30

Prior U.S. Cl.: 46

## United States Patent Office

Reg. No. 1,000,007
Registered Dec. 17, 1974

## TRADEMARK
### Principal Register

## STARBURST

Mars, Incorporated (Delaware corporation)
100 W. 10th St.
Wilmington, Del.

For: FRUIT CANDY, in CLASS 46 (INT. CL. 30).
First use Mar. 21, 1966; in commerce Mar. 21, 1966.

Ser. No. 449,666, filed Feb. 23, 1973.

Int. Cl.: 30

Prior U.S. Cl.: 46

**United States Patent and Trademark Office**

Reg. No. 1,545,544

Registered June 27, 1989

## TRADEMARK
### PRINCIPAL REGISTER

# Starburst

MARS, INCORPORATED (DELAWARE COR-
PORATION)
6885 ELM STREET
MCLEAN, VA 22101

FOR: CANDY, IN CLASS 30 (U.S. CL. 46).
FIRST USE 11–0–1982; IN COMMERCE
11–0–1982.

OWNER OF U.S. REG. NOS. 982,575, 1,000,007,
AND 1,002,984.

SER. NO. 756,140, FILED 10–5–1988.

ROBERT F. GARCIA, EXAMINING ATTOR-
NEY



1545544
Section

Registrant                          :    Mars, Incorporated

Address                             :    6885 Elm Street
                                         McLean, Virginia 22101-3883

Date of First Use                   :    June 1993

Date of First Use
Interstate Commerce                 :    June 1993

Goods                               :    Candy

1545544 T

**Starburst**

Sec. 1

| | | |
|---|---|---|
| Registrant | : | Mars, Incorporated |
| Address | : | 6885 Elm Street<br>McLean, Virginia 22101-3883 |
| Goods | : | Candy |
| Registration No. | : | 1,545,544 |

**Starburst**

5T 07

Reg. No. 1,545,544

# United States of America
## United States Patent and Trademark Office



**Reg. No. 4,179,436**

**Registered July 24, 2012**

**Int. Cl.: 30**

**TRADEMARK**

**PRINCIPAL REGISTER**

WM W RIGLEY JR COMPANY (DELAWARE CORPORATION)
410 NORTH MICHIGAN AVENUE
CHICAGO, IL 60611

FOR CANDY, IN CLASS 30 (U S CL 46)

FIRST USE 12-0-2003, IN COMMERCE 12-0-2003

THE MARK CONSISTS OF THE LETTER "S" IN STYLIZED FORM

SER NO 85-502,058, FILED 12-22-2011

KATHLEEN LORENZO, EXAMINING ATTORNEY



David J. Kappos

Director of the United States Patent and Trademark Office

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. *See* 15 U.S.C §§1058, 1141k  If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between the 9th and 10th years after the registration date.*
  *See* 15 U S C  §1059

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

---

**The United States Patent and Trademark Office (USPTO) will NOT send you any future notice or reminder of these filing requirements.**

---

\***ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the USPTO  The time periods for filing are based on the U.S. registration date (not the international registration date)   The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations  *See* 15 U S C  §§1058, 1141k  However, owners of international registrations do not file renewal applications at the USPTO  Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration  *See* 15 U S C  §1141j  For more information and renewal forms for the international registration, see http //www wipo int/madrid/en/

**NOTE:  Fees and requirements for maintaining registrations are subject to change.   Please check the USPTO website for further information.   With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http //www.uspto gov

# United States of America

## United States Patent and Trademark Office



**Reg. No. 4,268,392**

**Registered Jan. 1, 2013**

**Int. Cl.: 30**

**TRADEMARK**

**PRINCIPAL REGISTER**

WM. WRIGLEY JR. COMPANY (DELAWARE CORPORATION)
1132 WEST BLACKHAWK STREET
CHICAGO, IL 60642

FOR: CANDY, IN CLASS 30 (U.S. CL. 46)

FIRST USE 12-0-2003; IN COMMERCE 12-0-2003

OWNER OF U.S. REG. NO. 4,179,436

THE MARK CONSISTS OF THE LETTER "S" INSIDE A TEARDROP WITHIN A SQUARE

SER. NO. 85-709,617, FILED 8-22-2012

MICHAEL SOUDERS, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office

---

### REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION

### WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.

---

**Requirements in the First Ten Years\***
**What and When to File:**

> *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

> *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\*
> *See* 15 U.S.C. §1059

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

---

**The United States Patent and Trademark Office (USPTO) will NOT send you any future notice or reminder of these filing requirements.**

---

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the USPTO. The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. *See* 15 U.S.C. §141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:** Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at http://www.uspto.gov.



# United States of America
## United States Patent and Trademark Office

# STARBURST

**Reg. No. 4,625,960**
**Registered Oct. 21, 2014**

**Int. Cl.: 30**

**TRADEMARK**

**PRINCIPAL REGISTER**

WM. WRIGLEY JR. COMPANY (DELAWARE CORPORATION)
1132 W. BLACKHAWK ST.
CHICAGO, IL 60642

FOR: FROZEN CONFECTIONS, IN CLASS 30 (U.S. CL. 46).

FIRST USE 2-28-2014; IN COMMERCE 2-28-2014.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-
TICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 1,000,007 AND 1,545,544.

SN 86-029,183, FILED 8-5-2013.

MICHAEL ENGEL, EXAMINING ATTORNEY



**Deputy Director of the United States**
**Patent and Trademark Office**

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL
TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE
DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years\***
**What and When to File:**

> *First Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date.  *See* 15 U.S.C. §§1058, 1141k.  If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

> *Second Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between the 9th and 10th years after the registration date.\*
> *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse)  **and** an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

---

**The United States Patent and Trademark Office (USPTO) will NOT send you any future notice or
reminder of these filing requirements.**

---

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:**  The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the USPTO. The time periods for filing are based on the U.S. registration date (not the international registration date).  The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations.  *See* 15 U.S.C. §§1058, 1141k.  However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration.  *See* 15 U.S.C. §1141j.  For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:   Fees and requirements for maintaining registrations are subject to change.   Please check the USPTO website for further information.   With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

Int. Cl.: 30

Prior U.S. Cl.: 46

Reg. No. 115,895

**United States Patent and Trademark Office**   Registered Mar. 20, 1917

10 Year Renewal   Renewal Term Begins Mar. 20, 1997

## TRADEMARK
## PRINCIPAL REGISTER

### LIFE SAVERS

NABISCO BRANDS COMPANY (DELA-
WARE CORPORATION)
ONE SOUTH WACKER DR.
SUITE 2740
CHICAGO, IL 60606, BY ASSIGNMENT,
MERGER, MERGER, CHANGE OF
NAME, ASSIGNMENT, ASSIGNMENT,
CHANGE OF NAME, ASSIGNMENT
AND ASSIGNMENT FROM MINT
PRODUCTS COMPANY, INCORPO-
RATED (NEW YORK CORPORATION)
MANHATTAN, NY

OWNER OF U.S. REG. NO. 93,080.

FOR:   [CHEWING-GUM,]   CANDY,
[SWEETMEATS,] AND CONFECTIONS,
IN CLASS 46 (INT. CL. 30).

FIRST USE 2-28-1913; IN COMMERCE
2-28-1913.

SER. NO. 71-096,594, FILED 7-15-1916.

*In testimony whereof I have hereunto set my hand
and caused the seal of The Patent and Trademark
Office to be affixed on Nov. 4, 1997.*

COMMISSIONER OF PATENTS AND TRADEMARKS

**Registered Dec. 20, 1927.**

**Trade-Mark 236,694**

Renewed December 20, 1947 to Life Savers Corporation, of Port Chester, New York, a corporation of Delaware, which has made a showing of ownership of the trade-mark originally registered to Life Savers, Inc.,

# UNITED STATES PATENT OFFICE.

### LIFE SAVERS, INC., OF PORT CHESTER, NEW YORK.

#### ACT OF FEBRUARY 20, 1905.

Application filed March 17, 1927.   Serial No. 245,914.



## STATEMENT.

*To the Commissioner of Patents:*

Life Savers, Inc., a corporation duly organized and existing by virtue of the laws of the State of New York, said corporation located and doing business at Port Chester, in the county of Westchester and State of New York, has adopted and used the trade-mark shown in the accompanying drawing, for CANDY, CHEWING GUM, AND CANDY AND CHEWING-GUM CONFECTIONS, in Class 46, Foods and ingredients of foods, and presents herewith five specimens showing the trade-mark as actually used by the applicant upon the goods, and requests that the same be registered in the United States Patent Office in accordance with the act of February 20th, 1905, as amended.

The trade-mark has been continuously used and applied to said goods in applicant's business and in the business of applicant's predecessors, since Dec. 29, 1921.

The trade-mark is applied or affixed to the goods, or to the packages containing the same, by direct application to the goods, or by tags, labels or wrappers on the goods or the packages containing the goods, on which the trade-mark is shown.

LIFE SAVERS, INC.,
By R. P. NOBLE,
*Secretary.*

Int. Cl.: 30

Prior U.S. Cl.: 46

**United States Patent and Trademark Office**

Renewal

Reg. No. 236,694

Registered Dec. 20, 1927

OG Date Jan. 24, 1989

## TRADEMARK
## PRINCIPAL REGISTER



NABISCO BRANDS, INC. (DELAWARE CORPORATION)
EAST HANOVER, NJ 07936, ASSIGNEE BY MESNE ASSIGNMENT, MERGERS AND CHANGE OF NAME FROM LIFE SAVERS, INC. (NEW YORK CORPORATION) PORT CHESTER, NY

FOR: CANDY [, CHEWING GUM, AND CANDY AND CHEWING-GUM CONFECTIONS], IN CLASS 46 (INT. CL. 30).

FIRST USE 12–29–1921; IN COMMERCE 12–29–1921.

SER. NO. 245,914, FILED 3–17–1927.

*In testimony whereof I have hereunto set my hand and caused the seal of The Patent and Trademark Office to be affixed on Jan. 24, 1989.*

COMMISSIONER OF PATENTS AND TRADEMARKS

nt. Cl.: 30

J.S. Cl.: 46

Reg. No. 1,130,067

U.S. Patent and Trademark Office

Reg. Jan. 29, 1980

## TRADEMARK
### Principal Register



Life Savers, Inc. (Delaware corporation)
40 W. 57th St.
New York, N.Y. 10019

For: Pressed Mints and Hard Candy —in Class 30. (U.S. Cl. 46).

First use Dec. 29, 1921; 1914 in a different form; in commerce Dec. 29, 1921.

The lining and/or stippling shown is for shading purposes only.

The mark consists of the configuration of the goods with the words "Life Saver" embossed thereon.

Owner of U.S. Reg. Nos. 93,080, 1,033,180 and others.

Ser. No. 178,009. Filed July 13, 1978.

JOHN C. DEMOS, Primary Examiner

RICHARD A. STRASER, Examiner

Int. Cl.: 30

U.S. Cl.: 46

**Reg. No. 1,130,067**

## U.S. Patent and Trademark Office

Reg. Jan. 29, 1980

## TRADEMARK
### Principal Register



Life Savers, Inc. (Delaware corporation)
40 W. 57th St.
New York, N.Y. 10019

For: Pressed Mints and Hard Candy —in Class 30. (U.S. Cl. 46).

First use Dec. 29, 1921; 1914 in a different form; in commerce Dec. 29, 1921.

The lining and/or stippling shown is for shading purposes only.

The mark consists of the configuration of the goods with the words "Life Saver" embossed thereon.

Owner of U.S. Reg. Nos. 93,080, 1,033,180 and others.

Ser. No. 178,009. Filed July 13, 1978.

JOHN C. DEMOS, Primary Examiner

RICHARD A. STRASER, Examiner

Int. Cl.: 30

Prior U.S. Cl.: 46

**United States Patent and Trademark Office**

Amended

Reg. No. 1,130,067

Registered Jan. 29, 1980

OG Date Jan. 21, 1992

## TRADEMARK
## PRINCIPAL REGISTER



NABISCO BRANDS, INC. (DELAWARE CORPORATION)
7 CAMPUS DRIVE
PARSIPPANY, NJ 07054, ASSIGNEE BY MESNE ASSIGNMENT FROM LIFE SAVERS, INC. (DELAWARE CORPORATION) NEW YORK, NY

OWNER OF U.S. REG. NOS. 93,080, 1,033,180 AND OTHERS.

THE LINING AND/OR STIPPLING SHOWN IS FOR SHADING PURPOSES ONLY.

THE MARK CONSISTS OF THE CONFIGURATION OF THE GOODS WITH THE WORDS "LIFE SAVER" EMBOSSED THEREON.

SEC. 2(F).

FOR: PRESSED MINTS AND HARD CANDY, IN CLASS 30 (U.S. CL. 46).

FIRST USE 12–29–1921; IN COMMERCE 12–29–1921.

SER. NO. 73–178,009, FILED 7–13–1978.

*In testimony whereof I have hereunto set my hand and caused the seal of The Patent and Trademark Office to be affixed on Jan. 21, 1992.*

COMMISSIONER OF PATENTS AND TRADEMARKS

Int. Cl.: 30

Prior U.S. Cl.: 46

**United States Patent and Trademark Office**

Reg. No. 2,358,709

Registered June 13, 2000

## TRADEMARK
### PRINCIPAL REGISTER



NABISCO BRANDS COMPANY (DELAWARE COR-
 PORATION)
1105 NORTH MARKET STREET
SUITE 803
WILMINGTON, DE 19801

FOR: CANDY, IN CLASS 30 (U.S. CL. 46).

FIRST USE 6–1–1999; IN COMMERCE 6–1–1999.

SN 75–628,254, FILED 1–26–1999.

ANDREW EHARD, EXAMINING ATTORNEY



# United States of America
## United States Patent and Trademark Office

# LIFE SAVERS GUMMIES COLLISIONS

**Reg. No. 4,214,036**

**Registered Sep. 25, 2012**

**Int. Cl.: 30**

**TRADEMARK**

**PRINCIPAL REGISTER**

WM. WRIGLEY JR. COMPANY (DELAWARE CORPORATION)
1132 WEST BLACKHAWK STREET
CHICAGO, IL 60642

FOR: CANDY, IN CLASS 30 (U.S. CL. 46).

FIRST USE 6-30-2011; IN COMMERCE 6-30-2011.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-
TICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 115,895, 2,605,971 AND OTHERS.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "GUMMIES", APART FROM
THE MARK AS SHOWN.

SER. NO. 85-577,789, FILED 3-23-2012.

MARK RADEMACHER, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office

---

### REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years***
**What and When to File:**

> *First Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date.  *See* 15 U.S.C. §§1058, 1141k.  If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

> *Second Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between the 9th and 10th years after the registration date.*
> *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse)  **and** an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

---

**The United States Patent and Trademark Office (USPTO) will NOT send you any future notice or reminder of these filing requirements.**

---

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:**  The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the USPTO. The time periods for filing are based on the U.S. registration date (not the international registration date).  The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations.  *See* 15 U.S.C. §§1058, 1141k.  However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration.  *See* 15 U.S.C. §1141j.  For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:   Fees and requirements for maintaining registrations are subject to change.  Please check the USPTO website for further information.  With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.



# United States of America
## United States Patent and Trademark Office

## LIFE SAVERS GUMMIES TANGY COLLISIONS

**Reg. No. 4,769,489**
**Registered July 7, 2015**

**Int. Cl.: 30**

**TRADEMARK**

**PRINCIPAL REGISTER**

WM. WRIGLEY JR. COMPANY (DELAWARE CORPORATION)
1132 W. BLACKHAWK STREET
CHICAGO, IL 60642

FOR: CANDY, IN CLASS 30 (U.S. CL. 46).

FIRST USE 1-2-2014; IN COMMERCE 1-2-2014.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-
TICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 3,462,916, 4,214,036, AND 4,321,642.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "GUMMIES TANGY", APART
FROM THE MARK AS SHOWN.

SN 86-090,679, FILED 10-14-2013.

KAREN BRACEY, EXAMINING ATTORNEY



Director of the United States
Patent and Trademark Office

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL
TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE
DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years***
**What and When to File:**

> *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the
> 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is
> accepted, the registration will continue in force for the remainder of the ten-year period, calculated
> from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a
> federal court.

> *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) **and** an
> Application for Renewal between the 9th and 10th years after the registration date.*
> *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between
> every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above
with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with
an extension of protection to the United States under the Madrid Protocol must timely file the Declarations
of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office
(USPTO). The time periods for filing are based on the U.S. registration date (not the international registration
date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to
those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k. However, owners of international
registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the
underlying international registration at the International Bureau of the World Intellectual Property Organization,
under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated
from the date of the international registration. *See* 15 U.S.C. §1141j. For more information and renewal
forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:  Fees and requirements for maintaining registrations are subject to change.  Please check the
USPTO website for further information.  With the exception of renewal applications for registered
extensions of protection, you can file the registration maintenance documents referenced above online
at** http://www.uspto.gov.

**NOTE:  A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark
owners/holders who authorize e-mail communication and maintain a current e-mail address with the
USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark
Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms
available at** http://www.uspto.gov.

Int. Cl.: 30

Prior U.S. Cl.: 46

Reg. No. 239,311

**United States Patent and Trademark Office**

Registered Feb. 28, 1928

Amended

OG Date May 27, 2003

**TRADEMARK**
**PRINCIPAL REGISTER**



MARS, INCORPORATED (DELAWARE CORPORATION)
6885 ELM STREET
MCLEAN, VA 221013883, BY MERGER WITH AND CHANGE OF NAME FROM MARS INCORPORATED (MINNESOTA CORPORATION), DBA MAR-O-BAR COMPANY, MINNEAPOLIS, MN

FOR: CANDY COMPRISING CANDY BARS, IN CLASS 46 (INT. CL. 30).

FIRST USE 4-0-1923; IN COMMERCE 4-0-1923.

SER. NO. 71-255,758, FILED 10-7-1927.

*In testimony whereof I have hereunto set my hand and caused the seal of The Patent and Trademark Office to be affixed on May 27, 2003.*

**DIRECTOR OF THE U.S. PATENT AND TRADEMARK OFFICE**

Int. Cl.: 30

Prior U.S. Cl.: 46

Reg. No. 1,270,149

**United States Patent and Trademark Office**

Registered Mar. 13, 1984

Amended

OG Date May 27, 2003

## TRADEMARK
## PRINCIPAL REGISTER



MARS, INCORPORATED (DELAWARE CORPORATION)
6885 ELM STREET
MCLEAN, VA 221013883
   OWNER OF U.S. REG. NO. 239,311.
   THE DRAWING IS LINED FOR THE COLORS BROWN, RED AND BLUE.

FOR: CANDY, IN CLASS 30 (U.S. CL. 46).

   FIRST USE 0-0-1966; IN COMMERCE 0-0-1966.

   SER. NO. 73-394,229, FILED 9-29-1982.

*In testimony whereof I have hereunto set my hand and caused the seal of The Patent and Trademark Office to be affixed on May 27, 2003.*

**DIRECTOR OF THE U.S. PATENT AND TRADEMARK OFFICE**

Int. Cl.: 30

Prior U.S. Cl.: 46

**United States Patent and Trademark Office**

Reg. No. 1,563,583
Registered Oct. 31, 1989

## TRADEMARK
### PRINCIPAL REGISTER

## SNICKERS

MARS, INCORPORATED (DELAWARE COR-
PORATION)
6885 ELM STREET
MCLEAN, VA 221013883

FOR: ICE CREAM FROZEN CONFECTIONS,
IN CLASS 30 (U.S. CL. 46).

FIRST USE 12–16–1987; IN COMMERCE
12–16–1987.
OWNER OF U.S. REG. NO. 239,311.

SER. NO. 708,516, FILED 2–1–1988.

ROBERT F. GARCIA, EXAMINING ATTOR-
NEY

Int. Cl.: 30

Prior U.S. Cl.: 46

**United States Patent and Trademark Office**

Reg. No. 1,593,286
Registered Apr. 24, 1990

**TRADEMARK**
**PRINCIPAL REGISTER**

## SNICKERS

MARS, INCORPORATED (DELAWARE COR-
PORATION)
6885 ELM STREET
MCLEAN, VA 22101

FOR: CANDY, IN CLASS 30 (U.S. CL. 46).
FIRST USE 0–0–1923; IN COMMERCE
0–0–1923.

OWNER OF U.S. REG. NOS. 239,311, 1,545,543
AND OTHERS.

SER. NO. 73–825,403, FILED 9–14–1989.

KENNETH D. BATTLE, EXAMINING ATTOR-
NEY

Int. Cl.: 30

Prior U.S. Cl.: 46

**United States Patent and Trademark Office**

Reg. No. 2,061,849

Registered May 13, 1997

## TRADEMARK
### PRINCIPAL REGISTER

## SNICKERS

MARS, INCORPORATED (DELAWARE COR-
PORATION)
6885 ELM STREET
MCLEAN, VA 221013883

FOR: PREPARED DESSERTS, NAMELY
CAKES AND PIES, IN CLASS 30 (U.S. CL. 46).

FIRST USE 10-0-1996; IN COMMERCE
10-0-1996.
OWNER OF U.S. REG. NOS. 239,311, 1,601,230,
AND OTHERS.

SN 74-594,954, FILED 11-4-1994.

MICHAEL MASON, EXAMINING ATTORNEY

Int. Cl.: 30

Prior U.S. Cl.: 46

**United States Patent and Trademark Office**

Reg. No. 2,104,555

Registered Oct. 14, 1997

## TRADEMARK
## PRINCIPAL REGISTER



MARS, INCORPORATED (DELAWARE COR-
PORATION)
6885 ELM STREET
MCLEAN, VA 221013883

FOR: CANDY, IN CLASS 30 (U.S. CL. 46).
FIRST USE 8-0-1988; IN COMMERCE
8-0-1988.

THE DRAWING IS LINED FOR THE
COLORS BROWN AND RED.

SER. NO. 74-676,401, FILED 5-18-1995.

DARLENE BULLOCK, EXAMINING ATTOR-
NEY

Int. Cl.: 30

Prior U.S. Cl.: 46

**United States Patent and Trademark Office**

Corrected

Reg. No. 2,082,946

Registered July 29, 1997

OG Date July 6, 2004

## TRADEMARK
## PRINCIPAL REGISTER



MARS, INCORPORATED (DELAWARE CORPORATION)
6885 ELM STREET
MCLEAN, VA 221013883
  OWNER OF U.S. REG. NO. 1,270,149 AND OTHERS.
  THE DRAWING IS LINED FOR THE COLORS BROWN AND RED.

FOR: FROZEN CONFECTIONS, IN CLASS 30 (U.S. CL. 46).

  FIRST USE 0-0-1990; IN COMMERCE 0-0-1990.

  SER. NO. 74-728,494, FILED 9-13-1995.

*In testimony whereof I have hereunto set my hand and caused the seal of The Patent and Trademark Office to be affixed on July 6, 2004.*

**DIRECTOR OF THE U.S. PATENT AND TRADEMARK OFFICE**

Int. Cl.: 30

Prior U.S. Cl.: 46

**United States Patent and Trademark Office**

Reg. No. 2,911,432

Registered Dec. 14, 2004

## TRADEMARK
### PRINCIPAL REGISTER



MARS, INCORPORATED (DELAWARE COR-
    PORATION)
6885 ELM STREET
MCLEAN, VA 221013883

FOR: CONFECTIONERY, NAMELY, CANDY, IN
CLASS 30 (U.S. CL. 46).

FIRST USE 4-0-2003; IN COMMERCE 4-0-2003.

OWNER OF U.S. REG. NOS. 239,311, 1,593,286,
AND OTHERS.

THE MARK IS LINED FOR THE COLORS BLUE,
BROWN, RED AND YELLOW.

THE MARK CONSISTS OF THE WORD "SNICK-
ERS" IN STYLIZED BLUE LETTERS ON A WHITE
BACKGROUND WITH A RED AND BLACK BOR-
DER ATOP A TAN AND YELLOW FIELD OF
ALMONDS WITH A YELLOW BORDER. THESE
ARE SITUATED AGAINST AN OFF-WHITE BACK-
GROUND.

SN 76-458,428, FILED 10-8-2002.

INGA ERVIN, EXAMINING ATTORNEY

**Int. Cl.: 30**

**Prior U.S. Cl.: 46**

**United States Patent and Trademark Office**

**Reg. No. 3,063,755**

Registered Feb. 28, 2006

## TRADEMARK
### PRINCIPAL REGISTER



MARS, INCORPORATED (DELAWARE COR-
PORATION)
6885 ELM STREET
MCLEAN, VA 221013883

FOR: CONFECTIONERY, NAMELY, CANDY, IN
CLASS 30 (U.S. CL. 46).

FIRST USE 8-0-1988; IN COMMERCE 8-0-1988.

SER. NO. 78-609,004, FILED 4-14-2005.

SANJEEV VOHRA, EXAMINING ATTORNEY

**Int. Cl.: 30**

**Prior U.S. Cl.: 46**

**United States Patent and Trademark Office**

**Reg. No. 3,120,788**

Registered July 25, 2006

## TRADEMARK
### PRINCIPAL REGISTER



MARS, INCORPORATED (DELAWARE COR-PORATION)
6885 ELM STREET
MCLEAN, VA 221013883

FOR: FROZEN CONFECTIONS, IN CLASS 30 (U.S. CL. 46).

FIRST USE 3-14-2003; IN COMMERCE 3-14-2003.

OWNER OF U.S. REG. NOS. 239,311, 1,563,583 AND OTHERS.

THE MARK CONSISTS OF THE WORD SNICK-ERS INSIDE A PARALLELOGRAM.

SER. NO. 78-750,753, FILED 11-9-2005.

JOHN WILKE, EXAMINING ATTORNEY

# United States of America

## United States Patent and Trademark Office



**Reg. No. 5,047,574**

**Registered Sep. 27, 2016**

**Int. Cl.: 30**

**Trademark**

**Principal Register**

Mars, Incorporated (DELAWARE CORPORATION)
6885 Elm Street
McLean, VA 221013883

CLASS 30: Confectionery, namely, candy

FIRST USE 2-28-2007; IN COMMERCE 2-28-2007

The color(s) brown and tan is/are claimed as a feature of the mark.

The mark consists of a cross-section of a candy bar showing layers within the candy, namely, a middle light brown layer containing several tan-colored peanut shapes and a bottom tan layer, all surrounded by a brown layer. The mark depicts a distinctive two-dimensional cross-sectional view of a candy bar

No claim is made to the exclusive right to use the following apart from the mark as shown: THE SELECTION OF CANDY BAR INGREDIENTS DEPICTED IN THE MARK OR TO THE CONFIGURATION OF A CANDY BAR CONTAINING THOSE INGREDIENTS, EXCEPT AS DEPICTED IN THE APPLIED-FOR MARK

SEC.2(F)

SER. NO. 85-441,471, FILED 10-06-2011
JAMES B NEVILLE, EXAMINING ATTORNEY



Director of the United States
Patent and Trademark Office

# United States of America

## United States Patent and Trademark Office

# SNICKERS

**Reg. No. 6,465,002**

**Registered Aug. 24, 2021**

**Int. Cl.: 5, 30**

**Trademark**

**Principal Register**

Mars, Incorporated  (DELAWARE CORPORATION)
6885 Elm Street
Mclean, VIRGINIA 22101

CLASS 5: Powdered nutritional supplement drink mix containing protein; protein supplements formed and packaged as bars

FIRST USE 10-00-2020; IN COMMERCE 10-00-2020

CLASS 30: Confectioneries, namely, snack foods, namely, chocolate; High-protein cereal bars

FIRST USE 00-00-1923; IN COMMERCE 00-00-1923

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

OWNER OF U.S. REG. NO. 1593286, 2061849, 1563583

SER. NO. 90-034,971, FILED 07-03-2020





Performing the Functions and Duties of the
Under Secretary of Commerce for Intellectual Property and
Director of the United States Patent and Trademark Office



# United States of America

## United States Patent and Trademark Office

# SNICKERS

**Reg. No. 6,480,397**

**Registered Sep. 07, 2021**

**Int. Cl.: 30**

**Trademark**

**Principal Register**

Mars, Incorporated  (DELAWARE CORPORATION)
6885 Elm Street
Mclean, VIRGINIA 22101

CLASS 30: high-protein cereal bars; high-protein chocolate bars

FIRST USE 10-00-2020; IN COMMERCE 10-00-2020

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO
ANY PARTICULAR FONT STYLE, SIZE OR COLOR

OWNER OF U.S. REG. NO. 1593286, 2061849, 1563583

SER. NO. 90-064,137, FILED 07-21-2020







Performing the Functions and Duties of the
Under Secretary of Commerce for Intellectual Property and
Director of the United States Patent and Trademark Office



Int. Cl.: 30

Prior U.S. Cl.: 46

United States Patent and Trademark Office

Reg. No. 1,272,036
Registered Mar. 27, 1984

## TRADEMARK
Principal Register



Mars, Incorporated (Delaware corporation)
1651 Old Meadow Rd.
McLean, Va. 22102

For: CANDY, in CLASS 30 (U.S. Cl. 46).
First use Jan. 1981; in commerce Jan. 1981.
Owner of U.S. Reg. Nos. 298,995 and 1,096,208.
The drawing is lined for the colors red and blue.

Ser. No. 390,425, filed Sep. 27, 1982.

CARLA CALCAGNO, Examining Attorney

Int. Cl.: 30

Prior U.S. Cl.: 46

## United States Patent and Trademark Office

Reg. No. 1,683,918

Registered Apr. 21, 1992

## TRADEMARK
## PRINCIPAL REGISTER

## 3 MUSKETEERS

MARS, INCORPORATED (DELAWARE COR-
PORATION)
6885 ELM STREET
MCLEAN, VA 22101

FOR: CANDY, IN CLASS 30 (U.S. CL. 46).
FIRST USE 5–1–1932; IN COMMERCE
5–1–1932.

OWNER OF U.S. REG. NOS. 298,995, 1,416,025
AND OTHERS.

SER. NO. 74–175,594, FILED 6–13–1991.

RACHEL BLUE, EXAMINING ATTORNEY

**Int. Cl.: 30**

**Prior U.S. Cl.: 46**

**United States Patent and Trademark Office**

Reg. No. 2,675,569

Registered Jan. 14, 2003

## TRADEMARK
### PRINCIPAL REGISTER



MARS, INCORPORATED (DELAWARE CORPORATION)
6885 ELM STREET
MCLEAN, VA 221013883

FOR: CONFECTIONERY, NAMELY, CANDY, IN CLASS 30 (U.S. CL. 46).

FIRST USE 9-17-2001; IN COMMERCE 9-17-2001.

OWNER OF U.S. REG. NOS. 298,995, 1,683,918, AND OTHERS.

THE MARK IS LINED FOR THE COLORS RED AND BLUE.

THE MARK CONSISTS OF THE WORDS "3 MUSKETEERS" IN STYLIZED FORM WITH THE DESIGNS OF A BANNER AND A SHIELD.

SN 76-260,501, FILED 5-21-2001.

GI HYUN AN, EXAMINING ATTORNEY

Int. Cl.: 30

Prior U.S. Cl.: 46

Reg. No. 3,338,622

**United States Patent and Trademark Office** Registered Nov. 20, 2007

TRADEMARK
PRINCIPAL REGISTER



MARS, INCORPORATED (DELAWARE COR-
PORATION)
6885 ELM STREET
MCLEAN, VA 22101

FOR: CONFECTIONERY, NAMELY, CANDY, IN
CLASS 30 (U.S. CL. 46).

FIRST USE 9-17-2001; IN COMMERCE 9-17-2001.

OWNER OF U.S. REG. NOS. 298,995, 2,675,569 AND
OTHERS.

THE COLOR(S) RED, WHITE, BLUE AND SILVER
IS/ARE CLAIMED AS A FEATURE OF THE MARK.

THE MARK CONSISTS OF THE WORDS "3
MUSKETEERS" IN STYLIZED FORM WITH A DE-
SIGN OF A BANNER AND A SHIELD. THE NU-
MERAL 3 APPEARS IN THE COLOR RED IN THE
BLUE SHIELD OUTLINED IN WHITE, AND THE
WORD MUSKETEERS APPEARS IN RED OUT-
LINED IN WHITE ALL ON A SILVER METALLIC
BACKGROUND.

SER. NO. 77-105,462, FILED 2-12-2007.

FRED MANDIR, EXAMINING ATTORNEY

# United States of America
## United States Patent and Trademark Office



**Reg. No. 5,596,164**

**Registered Oct. 30, 2018**

**Int. Cl.: 30**

**Trademark**

**Principal Register**

Mars, Incorporated  (DELAWARE CORPORATION)
6885 Elm Street
Mclean, VIRGINIA 22101

CLASS 30: Candy; Chocolate

FIRST USE 4-00-2018; IN COMMERCE 4-00-2018

The color(s) blue, red and white is/are claimed as a feature of the mark.

The mark consists of a red numeral "3" outlined in white on a blue triangular background.

OWNER OF U.S. REG. NO. 3338622, 2675569

SER. NO. 87-029,222, FILED 05-09-2016



Director of the United States
Patent and Trademark Office

Int. Cl.: 30

Prior U.S. Cl.: 46

**United States Patent and Trademark Office**

**Reg. No. 1,161,203**
Registered Jul. 14, 1981

**TRADEMARK**
**Principal Register**

# MILKY WAY

Mars, Incorporated (Delaware corporation)
Westgate Park
1651 Old Meadow Rd.
McLean, Va. 22102

For: CANDY, in CLASS 30 (U.S. Cl. 46).
First use 1922; in commerce 1922.
Owner of U.S. Reg. Nos. 196,182, 734,298 and others.

Ser. No. 250,889, filed Feb. 20, 1980.

D. E. SHALLANT, Primary Examiner

JERRY L. PRICE, Examiner

Int. Cl.: 30

Prior U.S. Cl.: 46

**Reg. No. 1,272,034**

## United States Patent and Trademark Office

Registered Mar. 27, 1984

### TRADEMARK
#### Principal Register



Mars, Incorporated (Delaware corporation)
1651 Old Meadow Rd.
McLean, Va. 22102

For: CANDY, in CLASS 30 (U.S. Cl. 46).
First use 1968; in commerce 1968.
Owner of U.S. Reg. Nos. 196,182 and 1,161,203.
The drawing is lined for the colors green and brown.

Ser. No. 390,421, filed Sep. 27, 1982.

CARLA CALCAGNO, Examining Attorney

Int. Cl.: 30

Prior U.S. Cl.: 46

Reg. No. 1,508,474

## United States Patent and Trademark Office

Registered Oct. 11, 1988

### TRADEMARK
### PRINCIPAL REGISTER

## MILKY WAY

MARS, INCORPORATED (DELAWARE COR-
PORATION)
6885 ELM STREET
MCLEAN, VA 221013883

FOR: ICE CREAM FROZEN CONFECTIONS,
IN CLASS 30 (U.S. CL. 46).

FIRST USE 12-16-1987; IN COMMERCE
12-16-1987.
OWNER OF U.S. REG. NOS. 196,182, 1,161,203
AND OTHERS.

SER. NO. 708,519, FILED 2-1-1988.

LORI BOATRIGHT, EXAMINING ATTORNEY

Int. Cl.: 30

Prior U.S. Cl.: 46

**United States Patent and Trademark Office**

Amended

Reg. No. 1,533,492

Registered Apr. 4, 1989

OG Date Aug. 4, 2009

**TRADEMARK**
**PRINCIPAL REGISTER**



MARS, INCORPORATED (DELAWARE CORPORATION)
6885 ELM STREET
MCLEAN, VA 22101

OWNER OF U.S. REG. NOS. 543,740, 1,395,086 AND OTHERS.

THE COLOR(S) BROWN, LIGHT BROWN, GREEN AND WHITE IS/ARE CLAIMED AS A FEATURE OF THE MARK.

THE WORDS "MILKY WAY" APPEAR IN GREEN LETTERING OUTLINED ON WHITE BACKGROUND WITH A LIGHT BROWN SWIRL, AND ALL OUTLINED ON BROWN BACKGROUND.

FOR: CANDY, IN CLASS 30 (U.S. CL. 46).

FIRST USE 10-13-1987; IN COMMERCE 10-13-1987.

SER. NO. 73-737,180, FILED 6-29-1988.

*In testimony whereof I have hereunto set my hand and caused the seal of The Patent and Trademark Office to be affixed on Aug. 4, 2009.*

Int. Cl.: 30

Prior U.S. Cl.: 46

**Reg. No. 2,316,816**

## United States Patent and Trademark Office

Registered Feb. 8, 2000

### TRADEMARK
### PRINCIPAL REGISTER



MARS, INCORPORATED (DELAWARE COR-
PORATION)
6885 ELM STREET
MCLEAN, VA 221013883

FOR: CONFECTIONERY, NAMELY, CANDY,
IN CLASS 30 (U.S. CL. 46).
FIRST USE 2-0-1999; IN COMMERCE
2-0-1999.

OWNER OF U.S. REG. NOS. 1,161,203, 1,992,611
AND OTHERS.
THE STIPPLING IS A FEATURING OF THE
MARK AND DOES NOT INDICATE COLOR.

SER. NO. 75-687,907, FILED 4-22-1999.

KIMBERLY REDDICK, EXAMINING ATTOR-
NEY

Int. Cl.: 30

Prior U.S. Cl.: 46

## United States Patent and Trademark Office

Reg. No. 2,335,708

Registered Mar. 28, 2000

## TRADEMARK
### PRINCIPAL REGISTER



MARS, INCORPORATED (DELAWARE COR-
PORATION)
6885 ELM STREET
MCLEAN, VA 221013883

FOR: CONFECTIONERY, NAMELY, CANDY,
IN CLASS 30 (U.S. CL. 46).

FIRST USE 2–0–1999; IN COMMERCE
2–0–1999.

OWNER OF U.S. REG. NOS. 1,161,203, 1,992,611
AND OTHERS.

THE DRAWING IS LINED FOR THE
COLORS BROWN, ORANGE AND GREEN.
THE COLOR OF THE BACKGROUND IS
LINED FOR THE COLOR BROWN, HOWEVER,
THE COLOR OF THE BACKGROUND IS
CLOSER TO THE COLOR TAN.

SER. NO. 75–687,905, FILED 4–22–1999.

KIMBERLY REDDICK, EXAMINING ATTOR-
NEY

Int. Cl.: 30

Prior U.S. Cl.: 46

Reg. No. 2,430,868

**United States Patent and Trademark Office**   Registered Feb. 27, 2001

## TRADEMARK
### PRINCIPAL REGISTER

## MILKY WAY MIDNIGHT

MARS, INCORPORATED (DELAWARE CORPORA-
TION)
6885 ELM STREET
MCLEAN, VA 221013883

FOR: CONFECTIONERY, NAMELY, CANDY, IN
CLASS 30 (U.S. CL. 46).

FIRST USE 1–0–2000; IN COMMERCE 1–0–2000.
OWNER OF U.S. REG. NOS. 1,272,034, 1,533,492,
AND 1,992,611.

SER. NO. 75–729,497, FILED 6–15–1999.

KIMBERLY REDDICK, EXAMINING ATTORNEY

Int. Cl.: 30

Prior U.S. Cl.: 46

**United States Patent and Trademark Office**

Reg. No. 2,498,018
Registered Oct. 16, 2001

## TRADEMARK
### PRINCIPAL REGISTER



MARS, INCORPORATED (DELAWARE COR-
PORATION)
6885 ELM STREET
MCLEAN, VA 221013883

FOR: CONFECTIONERY, NAMELY, CANDY, IN
CLASS 30 (U.S. CL. 46).

FIRST USE 1-0-2000; IN COMMERCE 1-0-2000.

OWNER OF U.S. REG. NOS. 1,161,203, 2,316,816
AND OTHERS.

THE STIPPLING IS FOR SHADING PURPOSES
ONLY AND DOES NOT INDICATE COLOR.

SER. NO. 76-064,318, FILED 6-6-2000.

BRENDAN MCCAULEY, EXAMINING ATTORNEY

Int. Cl.: 30

Prior U.S. Cl.: 46

**United States Patent and Trademark Office**

Reg. No. 2,514,593

Registered Dec. 4, 2001

## TRADEMARK
### PRINCIPAL REGISTER



MARS, INCORPORATED (DELAWARE COR-
PORATION)
6885 ELM STREET
MCLEAN, VA 221013883

FOR: CONFECTIONERY, NAMELY, CANDY, IN
CLASS 30 (U.S. CL. 46).

FIRST USE 1-0-2000; IN COMMERCE 1-0-2000.

OWNER OF U.S. REG. NOS. 1,161,203, 2,316,814
AND OTHERS.

IN REGARD TO THE DRAWING, THE SWIRL IS
LINED FOR THE COLORS PURPLE AND ORANGE.
THE KEY LINING AROUND THE TERM "MILKY
WAY" IS LINED FOR THE COLOR PURPLE. THE
TERM "MIDNIGHT" AND THE ARROW WHICH
ARE UNDERNEATH THE TERM "MILKY WAY"
ARE LINED FOR THE COLOR YELLOW. THE
STIPPLING IS FOR SHADING PURPOSES ONLY
AND DOES NOT INDICATE COLOR.

SER. NO. 76-064,319, FILED 6-6-2000.

BRENDAN MCCAULEY, EXAMINING ATTORNEY

# United States of America
## United States Patent and Trademark Office



**Reg. No. 4,535,789**

**Registered May 27, 2014**

**Int. Cl.: 30**

**TRADEMARK**

**PRINCIPAL REGISTER**

MARS, INCORPORATED (DELAWARE CORPORATION)
6885 ELM STREET
MCLEAN, VA 221013883

FOR: CANDY, IN CLASS 30 (U.S. CL. 46).

FIRST USE 12-31-1998; IN COMMERCE 12-31-1998.

OWNER OF U.S. REG. NOS. 1,161,203, 2,061,846 AND OTHERS.

THE COLOR(S) BROWN, GREEN AND WHITE IS/ARE CLAIMED AS A FEATURE OF THE MARK.

THE MARK CONSISTS OF THE WORDS "MILKY WAY" IN GREEN AND BROWN LETTER-ING SURROUNDED BY WHITE ON A BROWN SWIRL DESIGN, ALL ON A BROWN BACKGROUND.

SER. NO. 85-869,041, FILED 3-6-2013.

CAROLINE WOOD, EXAMINING ATTORNEY



*Michelle K. Lee*

**Deputy Director of the United States
Patent and Trademark Office**