| | POS-010 |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*:<br>Kyle R Petersen, Esq | SBN: Bar No.307483<br>LOEB & LOEB LLP<br>10100 Santa Monica Blvd Suite 1900 Los Angeles, CA 90067<br>TELEPHONE NO.: (310) 282-2334 | FAX NO. (310) 282-2200 | E-MAIL ADDRESS<br>ATTORNEY FOR *(Name):* Plaintiff: WM. WRIGLEY JR. CO. and MARS, INCORPORATED | FOR COURT USE ONLY |

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
STREET ADDRESS: 411 W. 4TH STREET
CITY AND ZIP CODE: SANTA ANA, CA 92701
BRANCH NAME:

PLAINTIFF/PETITIONER: WM. WRIGLEY JR. COMPANY, A DELAWARE CORPORATION, et al.
DEFENDANT/RESPONDENT: ROBERTO CONDE d/b/a 2020EDIBLEZ, AN INDIVIDUAL, et al.

CASE NUMBER: 5:21-cv-00777-JWH-SHKx

**PROOF OF SERVICE OF SUMMONS**

Ref. No. or File No.: 208719-10057

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. ☑ Summons
   b. ☐ Complaint
   c. ☐ Alternative Dispute Resolution (ADR) package
   d. ☐ Civil Case Cover Sheet
   e. ☐ Cross-Complaint
   f. ☑ other *(specify documents):* **First Amended Complaint; Standing Order**
3. a. Party served *(specify name of party as shown on documents served):*
   **Marco Anthony Burgos d/b/a 2020Ediblez, an Individual**
   **Age: 41 - 45 | Weight: 161-180 Lbs | Hair: Black | Sex: Male | Height: 5'7 - 6'0 | Eyes: Brown | Race: Latino**

   b. ☐ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a):*

4. Address where the party was served: **21630 CALLE PRIMA**
   **MORENO VALLEY, CA 92557**
5. I served the party *(check proper box)*
   a. ☑ **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date):* **8/3/2022** (2) at *(time):* **7:39 PM**
   b. ☐ **by substituted service.** On *(date):* at *(time):* I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3):*

      (1) ☐ **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him of her of the general nature of the papers.
      (2) ☐ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.
      (3) ☐ **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him of her of the general nature of the papers.
      (4) ☐ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., §415.20). I mailed the documents on *(date):* from *(city):* **or** ☐ a declaration of mailing is attached.
      (5) ☐ I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

Form Approved for Mandatory Use
Judicial Council of California
POS-010 [Rev. January 1, 2007]

**PROOF OF SERVICE OF SUMMONS**

Code of Civil Procedure, § 417.10
POS010-1/LA296974

| | |
|---|---|
| PETITIONER: WM. WRIGLEY JR. COMPANY, A DELAWARE CORPORATION, et al.<br>RESPONDENT: ROBERTO CONDE d/b/a 2020EDIBLEZ, AN INDIVIDUAL, et al. | CASE NUMBER:<br>5:21-cv-00777-JWH-SHKx |

   c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

      (1) on *(date)*:                                        (2) from *(city)*:

      (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.) (Code Civ. Proc., § 415.30.)

      (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

   d. ☐ **by other means** *(specify means of service and authorizing code section)*:

    ☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   a. ☐ as an individual defendant.
   b. ☐ as the person sued under the fictitious name of *(specify)*:
   c. ☐ as occupant.
   d. ☐ On behalf of
      under the following Code of Civil Procedure section:

        ☐ 416.10 (corporation)                      ☐ 415.95 (business organization, form unknown)
        ☐ 416.20 (defunct corporation)              ☐ 416.60 (minor)
        ☐ 416.30 (joint stock company/association)  ☐ 416.70 (ward or conservatee)
        ☐ 416.40 (association or partnership)      ☐ 416.90 (authorized person)
        ☐ 416.50 (public entity)                        ☐ 415.46 (occupant)
                                                           ☐ other:

7. **Person who served papers**
   a. Name: **Norman Vilchez - Nationwide Legal, LLC REG: 12-234648**
   b. Address: **1609 James M Wood Blvd. Los Angeles, CA 90015**
   c. Telephone number: **(213) 249-9999**
   d. **The fee** for service was: **$ 468.65**
   e. I am:
      (1) ☐ not a registered California process server.
      (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
      (3) ☑ registered California process server:
         (i) ☐ owner    ☐ employee    ☑ independent contractor.
         (ii) Registration No.: **2015085755**
         (iii) County: **Los Angeles**

8. ☑ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
   or
9. ☐ **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date: **8/4/2022**

**N** Nationwide Legal, LLC
1609 James M Wood Blvd.
Los Angeles, CA 90015
(213) 249-9999
www.nationwideasap.com

_____    ▶   */s/ Norman Vilchez*
**Norman Vilchez**
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)