Larry Zerner (SBN 155473)
Law Office of Larry Zerner
1801 Century Park East, Suite 2400
Los Angeles, California 90067
Telephone:   (310) 773-3623
Email: Larry@ZernerLaw.com

Attorney for Defendant Marco Burgos

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WM. WRIGLEY JR. COMPANY, a Delaware corporation; and MARS, INCORPORATED, a Delaware corporation, | Case No. 5:21-cv-00777 JWH (SHKx) |
| | Assigned to Hon. John W. Holcomb |
| Plaintiffs | ANSWER TO COMPLAINT FROM MARCOS BURGOS |
| v. | |
| ROBERTO CONDE d/b/a 2020EDIBLEZ, an individual; JOEL LEDESMA d/b/a INLAND EMPIRE 420 SUPPLY, an individual; JESSICA MOHR, an individual; STEPHEN MATA d/b/a OC 420 COLLECTION, an individual; YAUHENIYA LIS d/b/a GASBUDS, an individual; EDWARD AWAD d/b/a CANNABIS 420 SUPPLY, an individual; GREEN RUSH EXTRACTS LLC, a California limited liability company; MARCO BURGOS d/b/a 2020EDIBLEZ, an individual; and DOES 4 through 10, | DEMAND FOR JURY TRIAL |
| Defendants. | |

Defendant Marcos Burgos hereby files his Answer and Affirmative Defenses to Plaintiff's First Amended Complaint and states as follows:

## JURISDICTION AND VENUE

1.      Burgos admits that the court has jurisdiction over Plaintiffs' claims

2.      Burgos admits that the court has personal jurisdiction over him.

3.      Burgos admits that venue is proper in this district.

## NATURE OF THE CASE

4.      Burgos lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 4 of the Complaint and therefore denies the allegations.

5.      Burgos lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 5 of the Complaint and therefore denies the allegations.

6.      Burgos lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 6 of the Complaint and therefore denies the allegations.

7.      Burgos lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 7 of the Complaint and therefore denies the allegations.

8.      Burgos denies the allegations set forth in Paragraph 8 of the Complaint as applied to Burgos.

9.      Burgos denies that he has made unauthorized and infringing use of Plaintiffs' trademarks.  Burgos lacks knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations in Paragraph 9 of the Complaint and therefore denies the allegations.

10.     Burgos lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 10 of the Complaint and therefore denies the allegations.

## THE PARTIES

Answer to Complaint Burgos

11.    Burgos lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 11 of the Complaint and therefore denies the allegations.

12.    Burgos lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 12 of the Complaint and therefore denies the allegations.

13.    Burgos admits that he lives in Riverside County CA and denies the remaining allegations set forth in Paragraph 13 of the Complaint.

14.    Burgos lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 14 of the Complaint and therefore denies the allegations.

15.    Burgos lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 15 of the Complaint and therefore denies the allegations.

16.    Burgos lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 16 of the Complaint and therefore denies the allegations.

17.    Burgos lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 17 of the Complaint and therefore denies the allegations.

18.    Burgos lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 18 of the Complaint and therefore denies the allegations.

19.    Burgos lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 19 of the Complaint and therefore denies the allegations.

Answer to Complaint Burgos

20.   Burgos lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 20 of the Complaint and therefore denies the allegations.

21.   Burgos lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 21 of the Complaint and therefore denies the allegations.

## GENERAL ALLEGATIONS

**PLAINTIFFS' FAMOUSE TRADEMARKS**

**A. Wrigley's Trademarks**

22.   Burgos lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 22 of the Complaint and therefore denies the allegations.

23.   Burgos lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 23 of the Complaint and therefore denies the allegations.

24.   Burgos lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 24 of the Complaint and therefore denies the allegations.

25.   Burgos lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 25 of the Complaint and therefore denies the allegations.

26.   Burgos lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 26 of the Complaint and therefore denies the allegations.

27.   Burgos lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 27 of the Complaint and therefore denies the allegations.

Answer to Complaint Burgos

28.    Burgos lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 28 of the Complaint and therefore denies the allegations.

29.    Burgos lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 29 of the Complaint and therefore denies the allegations.

30.    Burgos lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 30 of the Complaint and therefore denies the allegations.

31.    Burgos lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 31 of the Complaint and therefore denies the allegations.

32.    Burgos lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 32 of the Complaint and therefore denies the allegations.

33.    Burgos lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 33 of the Complaint and therefore denies the allegations.

34.    Burgos lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 34 of the Complaint and therefore denies the allegations.

35.    Burgos lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 35 of the Complaint and therefore denies the allegations.

36.    Burgos lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 36 of the Complaint and therefore denies the allegations.

Answer to Complaint Burgos

37.    Burgos lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 37 of the Complaint and therefore denies the allegations.

38.    Burgos lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 38 of the Complaint and therefore denies the allegations.

39.    Burgos lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 39 of the Complaint and therefore denies the allegations.

40.    Burgos lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 40 of the Complaint and therefore denies the allegations.

41.    Burgos lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 41 of the Complaint and therefore denies the allegations.

42.    Burgos lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 42 of the Complaint and therefore denies the allegations.

43.    Burgos lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 43 of the Complaint and therefore denies the allegations.

44.    Burgos lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 44 of the Complaint and therefore denies the allegations.

45.    Burgos lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 45 of the Complaint and therefore denies the allegations.

Answer to Complaint Burgos

46.     Burgos lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 46 of the Complaint and therefore denies the allegations.

47.     Burgos lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 47 of the Complaint and therefore denies the allegations.

48.     Burgos lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 48 of the Complaint and therefore denies the allegations.

49.     Burgos lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 49 of the Complaint and therefore denies the allegations.

50.     Burgos lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 50 of the Complaint and therefore denies the allegations.

51.     Burgos lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 51 of the Complaint and therefore denies the allegations.

52.     Burgos lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 52 of the Complaint and therefore denies the allegations.

53.     Burgos lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 53 of the Complaint and therefore denies the allegations.

54.     Burgos lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 54 of the Complaint and therefore denies the allegations.

Answer to Complaint Burgos

55.   Burgos lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 55 of the Complaint and therefore denies the allegations.

56.   Burgos lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 56 of the Complaint and therefore denies the allegations.

57.   Burgos lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 57 of the Complaint and therefore denies the allegations.

58.   Burgos lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 58 of the Complaint and therefore denies the allegations.

59.   Burgos lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 59 of the Complaint and therefore denies the allegations.

60.   Burgos lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 60 of the Complaint and therefore denies the allegations.

61.   Burgos lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 61 of the Complaint and therefore denies the allegations.

62.   Burgos lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 62 of the Complaint and therefore denies the allegations.

63.   Burgos lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 63 of the Complaint and therefore denies the allegations.

Answer to Complaint Burgos

64.     Burgos lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 64 of the Complaint and therefore denies the allegations.

65.     Burgos lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 65 of the Complaint and therefore denies the allegations.

66.     Burgos lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 66 of the Complaint and therefore denies the allegations.

67.     Burgos lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 67 of the Complaint and therefore denies the allegations.

68.     Burgos lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 68 of the Complaint and therefore denies the allegations.

69.     Burgos lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 69 of the Complaint and therefore denies the allegations.

70.     Burgos lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 70 of the Complaint and therefore denies the allegations.

71.     Burgos lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 71 of the Complaint and therefore denies the allegations.

72.     Burgos lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 72 of the Complaint and therefore denies the allegations.

Answer to Complaint Burgos

73.    Burgos lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 73 of the Complaint and therefore denies the allegations.

74.    Burgos lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 74 of the Complaint and therefore denies the allegations.

75.    Burgos lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 75 of the Complaint and therefore denies the allegations.

76.    Burgos lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 76 of the Complaint and therefore denies the allegations.

77.    Burgos lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 77 of the Complaint and therefore denies the allegations.

78.    Burgos lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 78 of the Complaint and therefore denies the allegations.

79.    Burgos lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 79 of the Complaint and therefore denies the allegations.

80.    Burgos lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 80 of the Complaint and therefore denies the allegations.

81.    Burgos lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 81 of the Complaint and therefore denies the allegations.

Answer to Complaint Burgos

82.   Burgos lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 82 of the Complaint and therefore denies the allegations.

83.   Burgos denies the allegations of Paragraph 83 as applied to him.

84.   Burgos denies the allegations of Paragraph 84 as applied to him.

85.   Burgos denies the allegations of Paragraph 85 as applied to him.

**A. 2020EDIBLEZ' WRONGFUL ACTS**

86.   Burgos lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 86 of the Complaint and therefore denies the allegations.

87.   Burgos lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 87 of the Complaint and therefore denies the allegations.

88.   Burgos lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 88 of the Complaint and therefore denies the allegations.

**B. THE IE420 DEFENDANTS' WRONGFUL ACTS**

89.   Burgos lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 89 of the Complaint and therefore denies the allegations.

90.   Burgos lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 90 of the Complaint and therefore denies the allegations.

91.   Burgos lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 91 of the Complaint and therefore denies the allegations.

Answer to Complaint Burgos

92.    Burgos lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 92 of the Complaint and therefore denies the allegations.

**C. OC420'S WRONGFUL ACTS**

93.    Burgos lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 93 of the Complaint and therefore denies the allegations.

94.    Burgos lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 94 of the Complaint and therefore denies the allegations.

95.    Burgos lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 95 of the Complaint and therefore denies the allegations.

**D. GASBUDS' WRONGFUL ACTS**

96.    Burgos lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 96 of the Complaint and therefore denies the allegations.

97.    Burgos lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 97 of the Complaint and therefore denies the allegations.

98.    Burgos lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 98 of the Complaint and therefore denies the allegations.

**E. CANNIBAS 420'S WRONGFUL ACTS**

99.    Burgos lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 99 of the Complaint and therefore denies the allegations.

Answer to Complaint Burgos

100.   Burgos lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 100 of the Complaint and therefore denies the allegations.

101.   Burgos lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 101 of the Complaint and therefore denies the allegations.

**F.  GREEN RUSH'S WRONGFUL ACTS**

102.    Burgos lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 102 of the Complaint and therefore denies the allegations.

103.    Burgos lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 103 of the Complaint and therefore denies the allegations.

104.    Burgos lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 104 of the Complaint and therefore denies the allegations.

**FIRST CLAIM FOR RELIEF**

**(Federal Counterfeiting Against All Defendants)**

105.    Burgos incorporates and realleges its responses set forth in the preceding paragraphs of this Answer.

106.    Burgos lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 106 of the Complaint and therefore denies the allegations.

107.    Burgos denies the allegations set forth in Paragraph 107 of the Complaint.

108.    Burgos denies the allegations set forth in Paragraph 108 of the Complaint.

Answer to Complaint Burgos

109.     Burgos denies the allegations set forth in Paragraph 109 of the Complaint.

110.     Burgos denies the allegations set forth in Paragraph 110 of the Complaint.

111.     Burgos denies the allegations set forth in Paragraph 111 of the Complaint.

112.     Burgos denies the allegations set forth in Paragraph 112 of the Complaint.

113.     Burgos denies the allegations set forth in Paragraph 113 of the Complaint.

114.     Burgos lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 114 of the Complaint and therefore denies the allegations.

115.     Burgos lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 115 of the Complaint and therefore denies the allegations.

116.     Burgos lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 116 of the Complaint and therefore denies the allegations.

117.     Burgos lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 117 of the Complaint and therefore denies the allegations.

## **SECOND CLAIM FOR RELIEF**

### **(Federal Trademark Infringement Against All Defendants)**

118.     Burgos incorporates and realleges its responses set forth in the preceding paragraphs of this Answer.

Answer to Complaint Burgos

119.  Burgos denies the allegations set forth in Paragraph 119 of the Complaint.

120.  Burgos denies the allegations set forth in Paragraph 120 of the Complaint.

121.  Burgos denies the allegations set forth in Paragraph 121 of the Complaint.

122.  Burgos denies the allegations set forth in Paragraph 122 of the Complaint.

### THIRD CLAIM FOR RELIEF

**(Federal Trademark Dilution Against All Defendants)**

123.  Burgos incorporates and realleges its responses set forth in the preceding paragraphs of this Answer.

124.     Burgos lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 124 of the Complaint and therefore denies the allegations.

125.  Burgos denies the allegations set forth in Paragraph 125 of the Complaint.

126.  Burgos denies the allegations set forth in Paragraph 126 of the Complaint.

127.  Burgos denies the allegations set forth in Paragraph 127 of the Complaint.

128.  Burgos denies the allegations set forth in Paragraph 128 of the Complaint.

129.  Burgos denies the allegations set forth in Paragraph 129 of the Complaint.

### FOURTH CLAIM FOR RELIEF

**(Federal Unfair Competition Against All Defendants)**

130.  Burgos incorporates and realleges its responses set forth in the preceding paragraphs of this Answer.

131.  Burgos denies the allegations set forth in Paragraph 130 of the Complaint.

132.  Burgos denies the allegations set forth in Paragraph 131 of the Complaint.

133.  Burgos denies the allegations set forth in Paragraph 132 of the Complaint.

134.  Burgos denies the allegations set forth in Paragraph 133 of the Complaint.

### FIFTH CLAIM FOR RELIEF

**(Federal Counterfeiting Against All Defendants)**

Answer to Complaint Burgos

135.     Burgos incorporates and realleges its responses set forth in the preceding paragraphs of this Answer.

136.  Burgos denies the allegations set forth in Paragraph 136 of the Complaint.

137.  Burgos denies the allegations set forth in Paragraph 137 of the Complaint.

138.  Burgos denies the allegations set forth in Paragraph 138 of the Complaint.

139.  Burgos denies the allegations set forth in Paragraph 139 of the Complaint.

## SIXTH CLAIM FOR RELIEF

### (Dilution in Violation of Cal. Bus. & Prof. Code § 14247 Against All Defendants)

140.  Burgos incorporates and realleges its responses set forth in the preceding paragraphs of this Answer.

141.     Burgos lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 141 of the Complaint and therefore denies the allegations.

142.  Burgos denies the allegations set forth in Paragraph 142 of the Complaint.

143.  Burgos denies the allegations set forth in Paragraph 143 of the Complaint.

144.  Burgos denies the allegations set forth in Paragraph 144 of the Complaint.

145.  Burgos denies the allegations set forth in Paragraph 145 of the Complaint.

## SEVENTH CLAIM FOR RELIEF

### (Federal Counterfeiting Against All Defendants)

146.  Burgos incorporates and realleges its responses set forth in the preceding paragraphs of this Answer.

147.  Burgos denies the allegations set forth in Paragraph 146 of the Complaint.

148.  Burgos denies the allegations set forth in Paragraph 147 of the Complaint.

149.  Burgos denies the allegations set forth in Paragraph 148 of the Complaint.

Answer to Complaint Burgos

## AFFIRMATIVE DEFENSES

### FIRST DEFENSE

Plaintiffs' Complaint fails to state a claim upon which relief may be granted.

### SECOND DEFENSE

Plaintiffs have unreasonably delayed in bringing the claims set forth in the Complaint, despite admitting having knowledge of such facts, and Defendant has been prejudiced by this delay on the part of Plaintiffs so as to bar the claims for relief by Plaintiffs.

### THIRD DEFENSE

Plaintiffs, by their own conduct, has waived one or more of its claims alleged in the Complaint.

### FOURTH DEFENSE

Plaintiffs' claims are unenforceable because one or more of its asserted trademark registrations are fraudulent, improper, or invalid.

### FIFTH DEFENSE

Plaintiffs are estopped and barred from obtaining the relief requested in the Complaint. The Complaint and each and every claim contained therein are barred by reason of acts, omissions, representations, and courses of conduct by Plaintiffs by which Defendant was led to rely to its detriment, thereby barring relief under the doctrine of equitable estoppel under any cause of action asserted by Plaintiffs.

### SIXTH DEFENSE

Plaintiff acquiesced to Defendant's use of one or more of its alleged marks and is barred from bringing these claims.

### SEVENTH DEFENSE

Plaintiffs' alleged mark or marks have no legally recognizable secondary meaning.

### EIGHTH DEFENSE

Answer to Complaint Burgos

Plaintiffs' claims are barred by the doctrine of unclean hands.

### NINTH DEFENSE

The conduct of Defendant or any conduct that could be attributed to Defendant has no likelihood of causing confusion to the general public or the consumers to whom Plaintiffs' products and/or services are marketed.

### TENTH DEFENSE

Plaintiffs have failed to mitigate their damages.

### ELEVENTH DEFENSE

Plaintiffs' conduct as it related to the subject matter of this action was and is equitable as to Defendant, and as such Plaintiffs are barred from any relief relating to the actions of Defendant under the doctrine of unclean hands.

### TWELFTH DEFENSE

Defendant is excused from any and all liability under the alleged claims for relief because at all material times Defendant acted in good faith and conducted all material transactions in good faith.

### THIRTEENTH DEFENSE

Plaintiff ratified the alleged actions, if any, of Defendant which occurred and are thereby barred from recovery.

### FOURTEENTH DEFENSE

Plaintiff lacks standing to bring these claims against Defendant.

### FIFTEENTH DEFENSE

Defendant's alleged use of one or more of Plaintiff's marks was in good faith and used in its/their primary, descriptive sense and not for use as a trademark.

### SIXTEENTH DEFENSE

One or more of Plaintiff's marks are descriptive and, as such, fail to garner the protection they seek under the Lanham Act.

### SEVENTEENTH DEFENSE

Answer to Complaint Burgos

One or more third parties are responsible for all or part of Plaintiffs' damages.

## EIGHTEENTH DEFENSE

Plaintiffs' fail to state a claim for violation of the California Business and Professions Code section 17200 et. seq. because it has not pleaded a valid "unlawful" act by Defendant.

## NINETEENTH DEFENSE

Plaintiffs are seeking to recover damages that are completely speculative in nature.

## TWENTIETH DEFENSE

Plaintiffs' loss, damage, or injury, if any, was caused by the actions, inactions or omissions of non-parties.

## TWENTY-FIRST DEFENSE

Plaintiffs' claims are barred in whole or in part by reason of other parties' use of one or more of the marks at issue.

## ADDITIONAL DEFENSES

Defendant reserves the right to assert additional defenses based on information learned or obtained through discovery or further investigation

## PRAYER FOR RELIEF

WHEREFORE, Defendant pray that this Court:

1.     Enter judgment in their favor on each and every claim set forth in the Complaint;

2.     Dismiss the Complaint with prejudice;

3.     Award Defendants his costs and attorneys' fees in this action; and

4.     Award such other and further relief as this Court may deem just and appropriate.

Answer to Complaint Burgos

1

2

3   Date: September 23, 2022                    LAW OFFICE OF LARRY ZERNER

4                                               By:  /s/ LarryZerner_____

5                                               Larry Zerner

6                                               Attorney for Defendant Marcos Burgos

7

8

9                          DEMAND FOR TRIAL BY JURY

10

11      Defendant Marcos Burgos, pursuant to Rule 38 of the Federal Rules of Civil

12   Procedure hereby demands trial by jury of all issues so triable in the present action.

13

14

15   Date: September 23, 2022                    LAW OFFICE OF LARRY ZERNER

16                                               By:  /s/ LarryZerner_____

17                                               Larry Zerner

18                                               Attorney for Defendant Marcos Burgos

19

20

21

22

23

24

25

26

27

28

Answer to Complaint Burgos